■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JACK P. KOSHAK, Relator-Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Order unanimously reversed on the law, without costs of this appeal to either party, writ dismissed, and relator remanded to the custody of the Warden of Auburn Prison. Memorandum: This case is decided in accordance with the decision in *People ex rel. Clemente* v. *Warden* (10 A D 2d 57, affd. 9 N Y 2d 216). (Appeal from order of Cayuga County Court sustaining the writ of habeas corpus and ordering the Warden of Auburn Prison to discharge relator from custody.) Present — Williams, P. J., Goldman, Halpern, McClusky and Henry, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. EDWARD COOPER, Relator-Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Same decision and like cause of action as in *People ex rel. Koshak* v. *Murphy* (13 A D 2d 720).

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. SIMON FLIPPEN, Relator-Respondent, v. ROBERT E. MURPHY, as Warden of Auburn Prison, Respondent, and THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Same decision and like cause of action as in *People ex rel. Koshak* v. *Murphy* (13 A D 2d 720).